IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

EDITH LEONOR VAZQUEZ DE VIELMA,　§
A Number 246-419-496,　§
　§
　　*Petitioner*,　§
　§
V.　§　　CIVIL CASE NO. SA-26-CV-01322-FB
　§
MIGUEL VERGARA, Field Office Director of　§
Enforcement and Removal Operations, San　§
Antonio Field Office, Immigration and Customs　§
Enforcement; *et al.*,　§
　§
　　*Respondents.*　§

## ORDER FOR ADVISORY

In response to Petitioner's motion to enforce ("Motion") (ECF No. 11) the Court's March 12, 2026, Order (ECF No 6), Federal Respondents note that Petitioner was ordered removed to Venezuela on March 25, 2026, "and has until April 25, 2026, to file an appeal with the BIA." (ECF No. 12). Petitioner is represented by counsel, but filed the Motion *pro se*.

IT IS THEREFORE ORDERED that Petitioner's counsel shall file, **on or before June 30, 2026,** an advisory indicating the status of this case now that Petitioner has been ordered removed.

It is so ORDERED.

SIGNED this 24th day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE