IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDITH LEONOR VAZQUEZ DE VIELMA,<br>A Number 246-419-496,<br><br>*Petitioner*,<br><br>V.<br><br>MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; *et al.*,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-01322-FB |

**AMENDED JUDGMENT**

The Court considered the Amended Judgment to be entered in this case. Pursuant to the Order Reinstating Case, Entering Amended Order Granting Writ of Habeas Corpus, and Closing Case ("Amended Order") signed this date,

IT IS ORDERED, ADJUDGED and DECREED that this case is REINSTATED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED** such that Respondents are ORDERED to release Petitioner Edith Leonor Vazquez De Vielma from their custody according to the terms and conditions set forth in the Court's Amended Order. In all other respects, the Petition is **DENIED**.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, including Petitioner's collectively construed Motion to Enforce (ECF No.11), are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE